IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF TEXAS

BEAUMONT DIVISION

| | | |
|---|---|---|
| EDWING AHMED ALVAREZ | § | |
| VS. | § | CIVIL ACTION NO. 1:21-CV-258 |
| BRYAN COLLIER, ET AL. | § | |

MEMORANDUM ORDER ADOPTING THE MAGISTRATE
JUDGE'S INITIAL REPORT AND RECOMMENDATION

Plaintiff Edwing Ahmed Alvarez, an inmate confined at the Stiles Unit of the Texas Department of Criminal Justice, Correctional Institutions Division, proceeding *pro se* and *in forma pauperis*, filed this civil rights action pursuant to 42 U.S.C. § 1983 against Bryan Collier, Rusty Thurman, Daniel Montgomery, Anthony D. Ross, and Jessica Elder.

The Court referred this matter to the Honorable Zack Hawthorn, United States Magistrate Judge, at Beaumont, Texas, for consideration pursuant to applicable laws and orders of this Court. The magistrate judge has submitted an Initial Report and Recommendation of United States Magistrate Judge. The magistrate judge recommends dismissing the claims against Defendant Bryan Collier.

The Court has received and considered the Initial Report and Recommendation of United States Magistrate Judge filed pursuant to such order, along with the record and the pleadings. No objections to the Report and Recommendation of United States Magistrate Judge were filed by the parties.

## ORDER

Accordingly, the findings of fact and conclusions of law of the magistrate judge are correct, and the report of the magistrate judge (document no. 11) is ADOPTED. Defendant Bryan Collier is DISMISSED from this action.

**SIGNED this 12th day of May, 2022.**

*Michael J. Truncale*
Michael J. Truncale
United States District Judge